# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRY FABRICANT, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>CLEAR SKY LOCAL, LLC,<br><br>Defendant. | Civil File No. 22-cv-6700 |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The parties first would like to apologize for their failure to file the status report. However, during that time the parties have signed their settlement agreement and have partially performed the obligations therein. As a result, the parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: August 18, 23    PLAINTIFF,

*/s/ Anthony Paronich*
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100

*Attorneys for Plaintiff*

DEFENDANT,

/s/ Paul B. Sweeney
Paul B. Sweeney
CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue – 9th Floor
East Meadow, New York 11554
(516) 296-7000
ps@cbah.com

*Attorneys for Defendant*

### Certificate of Service

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on May 21, 2023.

/s/ Anthony Paronich
Anthony Paronich